IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CIVIL ACTION NO. 3:04cv594-T |
| v. ) | WO |
| ) | |
| THOMAS JACKSON MADDOX ) | |

**ORDER ON MOTION**

On March 23, 2005, the movant, Thomas Jackson Maddox, filed a motion for leave to amend his 28 U.S.C. § 2255 motion to add a claim that the admission of a "testimonial" hearsay statement at his trial violated his Confrontation Clause rights as enunciated by the Supreme Court in *Crawford v. Washington*, 541 U.S. 36 (2004). (Doc. 24.) Upon consideration of Maddox's motion for leave to amend, and for good cause, it is

**ORDERED** that this motion be and is hereby GRANTED.

It is further

**ORDERED** that on or before October 11, 2005, Maddox shall file with this court any additional factual materials or arguments that he wishes to present in support of his new claim.

Done this 27th day of September, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE