IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CIVIL ACTION NO. 3:04cv594-T |
| v. ) | WO |
| ) | |
| THOMAS JACKSON MADDOX ) | |

**ORDER ON MOTION**

On April 18, 2005, the movant, Thomas Jackson Maddox, filed a pleading styled as a "*Motion for Leave to File Amended Traverse/Reply to the United States' Response to Original 28 U.S.C. [§] 2255 Motion under the Supreme Court's* Shepard v. United States *Decision*." (Doc. 25.) The court construes Maddox's pleading to contain a *motion for leave to amend* his 28 U.S.C. § 2255 motion to add the claim that the trial court's use of his prior burglary conviction in sentencing him as an armed career criminal violated the Supreme Court's recent holding in *Shepard v. United States*, ___ U.S. ___ , 125 S.Ct. 1254 (2005).

Upon consideration of Maddox's *motion for leave to amend*, and for good cause, it is

**ORDERED** that the *motion (Doc. 25) be and is hereby* **GRANTED.**

Further, the **United States Attorney for the Middle District of Alabama is**

**ORDERED** to file a supplemental response addressing the claim asserted by Maddox in the amendment to his § 2255 motion within thirty (30) days from the date of this order.

DONE this 28th day of September, 2005.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE